CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Josue Cepero and Leticia Cepero

**Case Number:** 17–20358–LMI
**Chapter:** 13
**County of Residence or Place of Business:** Miami
**U.S. District Court Case Number:** 22–cv–22686–RNS

## TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 8/23/2022
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
    - ☐ Contested  ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** Hammocks Community Association, Inc and Marglli Gallego
**Attorney:** Annette C Escobar, Esq   **Attorney:**
14200 SW 232 St
Miami, FL 33170

**Appellee/Respondent:** Josue Cepero and Leticia Cepero
**Attorney:** Michael J Brooks, Esq.   **Attorney:**
8410 SW 40 St
Miami, FL 33155

**Title and Date of Order Appealed**, if applicable: (1) ORDER GRANTING IN PART MOTION TO ALTER OR AMEND JUDGMENT FOR REHEARING, RELIEF FROM JUDGMENT AND/OR RECONSIDERATION AS TO ECF 480 8/9/22, (2) ORDER ON DAMAGES 6/7/22, (3) ORDER GRANTING IN PART MOTION TO RECONSIDER MOTION TO RECONSIDER 6/6/22, (4) ORDER ON SANCTIONS AND SETTING FURTHER EVIDENTIARY HEARING 10/27/21, (5) ORDER FINDING HAMMOCKS COMMUNITY ASSOCIATION INC. AND MARGLLI GALLEGO IN CONTEMPT 7/17/21

**Entered on Docket Date:** (1) 8/10/22, (2) 6/8/22, (3) 6/7/22, (4) 10/28/21, (5) 7/19/21

**Docket Number:** (1) 510, (2) 480, (3) 477, (4) 339, (5) 328

- ☑ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☑ Copies of Transcript(s) of Hearing(s) on: 2/26/20, 2/11/21, 2/12/21, 12/30/21
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

| | |
|---|---|
| **Dated:** 9/23/22 | **CLERK OF COURT**<br>By: Jeanne Snipes<br>Deputy Clerk   (305) 714–1800 |