UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Appeal Case No. 22-cv-22686-RNS
Bankruptcy Case No. 17-20358-LMI (Chapter 13)

HAMMOCKS COMMUNITY
ASSOCIATION INC., and
MARGLLI GALLEGO,

    *Appellants,*

vs.

JOSUE CEPERO and
LETICIA CEPERO,

    *Appellees.*

_____/

**APPELLANT'S NOTICE OF STATUS OF PROCEEDINGS IN BANKRUPTCY COURT PURSUANT TO THIS COURT'S JANUARY 20, 2023 PAPERLESS ORDER [D.E. #26]**

    The Honorable David M. Gersten (Retired), the court-appointed Receiver for the Hammocks Community Association Inc. (the "Receiver"), by and through undersigned counsel and pursuant to this Court's January 20, 2023 Paperless Order [D.E. #26], hereby files his Notice of Status of Proceedings in Bankruptcy Court and states:

    1.    Since the Receiver filed his Motion for Relief From: 1) Orders Finding Liability and Awarding Damages [D.E. #328, #339, #477, #480]; and, 2) Final Judgment [D.E. #521] (the "Rule 60 Motion") with the Bankruptcy Court on January 20, 2023, the following activity has occurred in that Court:

- On February 3, 2023, the Appellees, Josue Cepero and Leticia Cepero ("Appellees"), filed their Response to the Receiver's Rule 60 Motion, a copy of which Response is attached as **Exhibit 1**;

- On February 7, 2023, the Bankruptcy Court issued its Order Setting Briefing Schedule and Hearing on the Receiver's Rule 60 Motion, a copy of which Order is attached as **Exhibit 2,** setting: a) a deadline of fourteen (14) days from the filing of Appellees' Response for the Receiver to file his Reply thereto; and, b) a hearing on the Receiver's Motion for April 11, 2023 at 1:30 p.m.; and

- On February 14, 2023, the Receiver filed his Reply to Appellees' Response, a copy of which Reply is attached as **Exhibit 3.**

2. The Receiver will keep this Court timely apprised of any further activity in the Bankruptcy Court pursuant to this Court's January 20, 2023 Paperless Order.

Respectfully submitted this 21st day of February, 2023.

| GORDON REES SCULLY MANSUKHANI LLP<br>*Counsel for Court-Appointed Receiver*<br>*The Honorable David M. Gersten (Retired)*<br>100 SE 2nd Street, Suite 3900<br>Miami, Florida 33131<br>Telephone: (305) 428-5300<br>Facsimile:  (877) 634-7245<br>ethompson@grsm.com<br>aruff@grsm.com<br><br>By: s/  Eric R. Thompson<br>Eric R. Thompson, Esq.<br>Florida Bar No. 888931 | DAMIAN \| VALORI \| CULMO<br>*Counsel for Court-Appointed Receiver*<br>*The Honorable David M. Gersten (Retired)*<br>1000 Brickell Avenue, Suite 1020<br>Miami, Florida 33131<br>Telephone: (305) 371-3960<br>Facsimile: (305) 371-3965<br>mdamian@dvllp.com<br>kmurena@dvllp.com<br>rlandy@dvllp.com<br>jserna@dvllp.com<br><br>By: s/  Melanie E. Damian_____<br>Melanie E. Damian, Esq.<br>  Florida Bar No. 0099392<br>Kenneth Dante Murena, Esq.<br>   Florida Bar No. 0147486<br>Russell Landy, Esq.<br>   Florida Bar No. 0044417 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was delivered via CM/ECF upon all registered parties, on this 21st day of February, 2023.

>                            */s/ Eric R. Thompson*
>                            Eric R. Thompson